**Boyd MIZE, Plaintiff–Appellant,**

v.

**Stephen M. HERRICK, Acting Director; Doctor Militana, M.D., Defendants–Appellees.**

No. 12–6543.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2012.

Decided: Aug. 30, 2012.

Boyd Mize, Appellant Pro Se. Allyson Kurzmann Tysinger, Office of the Attorney General of Virginia, Richmond, Virginia; Rosalie Fessier, Timberlake, Smith, Thomas & Moses, PC, Staunton, Virginia, for Appellees.

Before AGEE, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Boyd Mize appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mize v. Herrick,* No. 1:10–cv–01124–GBL–TRJ, 2012 WL 683448 (E.D.Va. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*